UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL COVAL,

        Plaintiff,                       Civil No. 25-cv-12226
                                         Hon. Matthew F. Leitman
v.

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, *et al.*,

        Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 12)

On June 26, 2026, the Court held a hearing on Defendants' motion to dismiss. (*See* Mot., ECF No. 12.)  For the reasons explained in detail on the record during the motion hearing, the motion is **GRANTED**.  Plaintiff Daniel Coval's claims are **DISMISSED** in their entirety.

    **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2026, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                  Case Manager
                                  (313) 234-5126

1