UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL COVAL,

        Plaintiff,                          Civil No. 25-cv-12226
                                              Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, *et al.*,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Second Amended

Complaint is **DISMISSED WITH PREJUDICE**.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                          By:    s/Holly A. Ryan
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 26, 2026
Detroit, Michigan

1